IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,                :

            Plaintiff,                   :        Case No. 3:18-CR-125

    vs.                                  :        Magistrate Judge Sharon L. Ovington

JOHNNY TRIGG, III,                       :

            Defendant.                   :

## ENTRY PLACING DEFENDANT
## ON PREJUDGMENT PROBATION

Upon Motion of Defendant Trigg, and for good cause shown, Defendant Trigg is placed on probation for a period of one (1) year pursuant to 18 U.S.C. § 3607(a). The Court finds that Defendant Trigg has not been convicted of violating a federal or state law relating to controlled substances, nor has he been previously subject to disposition under this section.

The Court places Defendant Trigg on probation for a period of one (1) year under the Standard Conditions of Probation required in the United States District Court for the Southern District of Ohio, including Special Condition that Defendant Trigg: (1) participate in a substance abuse evaluation and complete any additional treatment as recommended by the probation officer during the period of supervision. The imposition of probation is entered without entering a judgment of conviction and the judgment in this matter will be held in abeyance pending Defendant Trigg's completion of the probationary period.


April 5, 2019


        s/Sharon L. Ovington
        Sharon L. Ovington
        United States Magistrate Judge